UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KRISTY DAVIS,<br><br>        Defendant. | No. MJ-07-283-2<br><br>ORDER GRANTING MOTION IN PART AND MODIFYING CONDITIONS OF RELEASE |

At the November 6, 2007, hearing on Defendant's Motion to Revisit Conditions of Pretrial Release, Defendant appeared with Assistant Federal Defender Amy Rubin; Assistant U.S. Attorney Aine Ahmed represented the United States.

The Defendant's Motion **(Ct. Rec. 18)** is **GRANTED in part**. The court's Order Setting Conditions of Release is **MODIFIED** to the limited extent of directing Defendant's release be conditioned upon posting a **$20,000 corporate surety, property or cash bond,** in lieu of the previously ordered $25,000 corporate surety, property or cash bond. All other conditions of the court's Order filed October 30, 2007, remain and shall constitute the additional conditions of Defendant's release.

**IT IS SO ORDERED**.

DATED November 7, 2007.

                                S/ CYNTHIA IMBROGNO
                           UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION IN PART AND
MODIFYING CONDITIONS OF RELEASE - 1